# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax 404-881-7777
www.alston.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/07

David A. Wender          Direct Dial: 404-881-7354          E-mail: david.wender@alston.com

December 7, 2007

VIA FACSIMILE (212) 805-7917

Honorable Robert P. Patterson
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

**MEMO ENDORSED**

Re: In re Delphi Corporation; Cadence Innovation LLC v. Delphi Corporation,
Civil Action No. 07-CV-08796-RPP
Request for Cancellation of December 12, 2007, Status Conference

Dear Judge Patterson:

Cadence Innovation LLC ("Cadence"), on behalf of itself and Delphi Corporation ("Delphi"), respectfully request a cancellation of the Status Conference in the above-referenced action, which is currently scheduled for December 12, 2007. The parties have entered into a joint stipulation and proposed order (the "Joint Stipulation") in which the parties agreed, among other things, to settle their claims in Delphi's bankruptcy case.[1] In accordance with the Joint Stipulation and the settlement procedures applicable in Delphi's bankruptcy case, Delphi and Cadence will present the Joint Stipulation to the Bankruptcy Court for its consideration at a hearing scheduled for December 11, 2007. In light of the presentment of the Joint Stipulation to the Bankruptcy Court, the parties respectfully request that the Court cancel the Status Conference currently scheduled for December 12, 2007.

We thank the Court for its time in considering the above reasons for the parties' request for cancellation.

Sincerely,

David A. Wender

Enclosure

*Handwritten endorsement:* Application granted in part. The parties will submit a stipulation dismissing the motion to withdraw the reference by 12/20/07. So ordered.

R.P. Patterson USDJ
12/7/07

---

[1] The Notice of Presentment of Joint Stipulation and Agreed Order filed in Delphi's bankruptcy case is attached hereto.

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.