# UNITED STATES DISTRICT COURT

__SOUTHERN__        DISTRICT OF        __NEW YORK__

**APPEARANCE**

Patricia Bruce,

    Plaintiff,                           MASTER FILE: 1:06-MD-1789-JFK-JCF

v.                                                   Case No.: 1:07-cv-3865

Merck & Co., Inc., Procter & Gamble
Pharmaceuticals, Inc. And Aventis
Pharmaceuticals, Inc.

    Defendants.

---

To the clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Plaintiff, Patricia Bruce

I certify that I am admitted to practice in this court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this __18__ day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

_(signature)_
Meghan M. Tans, Florida Bar No. 0888745
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone     (850) 435-7004 fax